```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 23936
   VIRGINIA FUTRELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6364


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/10/2008 and was not confirmed.

     The case was dismissed without confirmation 01/14/2009.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
 CAPITAL ONE                UNSEC W/INTER  NOT FILED           .00            .00
 PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     137.31           .00            .00
 SHEENA BAILEY              NOTICE ONLY    NOT FILED           .00            .00
 FREEDMAN ANSELMO & LINDB   NOTICE ONLY    NOT FILED           .00            .00
 GMAC                       SECURED VEHIC       .00            .00            .00
 SAXON MORTGAGE             CURRENT MORTG       .00            .00            .00
 SAXON MORTGAGE             MORTGAGE ARRE  19755.86            .00            .00
 INTERNAL REVENUE SERVICE   PRIORITY         555.00            .00            .00
 GMAC                       UNSEC W/INTER  NOT FILED           .00            .00
 SAXON MORTGAGE SERVICES    MORTGAGE NOTI  NOT FILED           .00            .00
 LVNV FUNDING               UNSECURED        919.32            .00            .00
 PHILIP A IGOE              DEBTOR ATTY    2,274.00                       1,392.00
 TOM VAUGHN                 TRUSTEE                                         108.00
 DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                  1,500.00

 PRIORITY                                              .00
 SECURED                                               .00
 UNSECURED                                             .00
 ADMINISTRATIVE                                   1,392.00
 TRUSTEE COMPENSATION                               108.00
 DEBTOR REFUND                                         .00
                        ---------------    ---------------
 TOTALS                   1,500.00             1,500.00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 23936 VIRGINIA FUTRELL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/10/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```